UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STATE   FARM   LIFE   AND   ASSURANCE
COMPANY, INC.,

                              Plaintiff,

        v.                                                                          **ORDER**
                                                                                    12-CV-380S

RONALD   T.   EPPS,   DONTE   R.   SMITH,
DOUGLAS JOHNSON, as Parent and Guardian
of   Travante   D.   Johnson,   TRAVANTE   D.
JOHNSON,   individually,   MARY   MOSS,   as
Guardian of Armontae Moss, ARMONTAE
MOSS,   individually,   and   MARY   MOSS,
individually and as Custodian Under New York
Uniform Transfers to Minors Act for Donte R.
Smith, Travante D. Johnson, and Armontae
Moss,

                              Defendants.

        1.      On May 23, 2013, this Court referred the present case to the Honorable

Leslie G. Foschio, United States Magistrate Judge, to hear all dispositive motions and

file a report and recommendation containing findings of fact, conclusions of law and a

recommended disposition of any such motion pursuant to 28 U.S.C. § 636(b)(1)(B) and

(C).   In July of that year, this Court accepted Judge Foschio's recommendation to grant

Plaintiff's request for interpleader relief, permit the depositing of the contested funds,

and   dismiss Plaintiff from this action.

        2.      On October 17, 2013, Defendants Donte R. Smith, Armontae Moss, Mary

Moss, and Travante D. Johnson moved for the entry of a default judgment in their favor

against Defendant Ronald T. Epps. A default was previously entered against Epps by

the Clerk of this Court on December 18, 2012.

3.      On August 6, 2014, Judge Foschio filed a Report and Recommendation recommending that the moving Defendants' motion be denied.

4.      No objections to the Report and Recommendation were received from any party within fourteen (14) days from the date of its service, in accordance with 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure of this Court.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's Report and Recommendation (Docket No. 54) in its entirety and the moving Defendants' motion for a default judgment (Docket No. 43) is DENIED.

SO ORDERED.

Dated:   August 30, 2014
         Buffalo, New York

                                        /s/William M. Skretny
                                      WILLIAM M. SKRETNY
                                         Chief Judge
                                  United States District Court